THE PEOPLE OF THE STATE OF NEW YORK ex rel. BURTON N. PUGACH, Appellant, v. JAMES SLATTERY, as Warden of Kings County Prison Ward, Respondent.— Motion by appellant to discharge his attorney and to argue his appeal in person, and for other relief. Motion denied. The briefs having been filed, this appeal, which is on the calendar for the January 1962 Term, is to be submitted by all parties without argument, on the consent of counsel. Nolan, P. J., Beldock, Kleinfeld and Christ, JJ., concur.